IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN PETROSKY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 14-3970 |
| ALLSTATE FIRE AND CASUALTY | : | |
| INSURANCE COMPANY | : | |

ORDER

AND NOW this 30th day of October, 2015, upon consideration of the parties' moving papers,[1] it is hereby ORDERED that Defendant Allstate Fire and Casualty Insurance Company's ("Allstate") Motion for Summary Judgment (Doc. No. 15) is DENIED, and Plaintiff Alan Petrosky's cross-request for summary judgment (Doc. No. 16 at 13) is GRANTED.

It is FURTHER ORDERED that under the terms of the automobile insurance policy issued by Allstate to Petrosky (Doc. No. 15-6), Petrosky is entitled to payment by Allstate of underinsured motorist insurance benefits (UIM), see accompanying Memorandum.

The Court retains jurisdiction for ninety (90) days from today's date. During that period, should the parties be unable to resolve the insured damages, either side may move the Court for further adjudication or assistance in resolving this action.

The CLERK OF COURT is respectfully DIRECTED to remove this action from the Court's active docket and mark it CLOSED and TERMINATED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] Defendant Allstate's Motion for Summary Judgment (Doc. No. 15), Plaintiff Alan Petrosky's Response (Doc. No. 16), Defendant's Reply (Doc. No. 17), and Plaintiff's and Defendant's respective Supplemental Briefs (Doc. Nos. 19, 20).